UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KOHUT;<br>ANDREANA WINTER,<br><br>    Plaintiffs,<br><br>v.<br><br>K. ALLISON, et al.,<br><br>    Defendants, | Case No. 1:20-cv-001584-JLT (PC)<br><br>**ORDER DENYING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>(Doc. 3) |

    Plaintiffs have filed a request for judicial notice of the following sections of California rules and regulations: (1) 15 Cal. Code Regs. § 3000.5(c)[1] Rules of Construction; (2) rules governing inmate mail, 15 Cal. Code Regs. §§ 3130–3133, 3134, 3136, 3139, and 3147[2]; and (3) 15 Cal. Code Regs. §§ 3190, 3192, governing personal property.

    Rule 201 of the Federal Rules of Evidence provides: "The court may take judicial notice of a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2). The regulations governing inmate mail and property referenced by Plaintiffs are not

---

[1] Plaintiffs' motion references § 300.5, which appears to be a scrivener's error.

[2] 15 Cal. Code Regs. § 3147, governing disposition of mail, has been renumbered to § 3133.

facts. Moreover, there is no motion pending before the Court. Even if there were such a motion pending, the Court will consider the law appropriate to the circumstances, without the need for a motion for judicial notice. Accordingly, Plaintiffs' request for judicial notice (Doc. 3) is **DENIED**.

IT IS SO ORDERED.

Dated:   **August 12, 2021**                               _ **/s/ Jennifer L. Thurston**
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE