UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KOHUT,<br><br>    Plaintiff,<br><br>v.<br><br>K. ALLISON, et al.,<br><br>    Defendants, | Case No. 1:20-cv-01584-JLT (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR RECONSIDERATION; GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME; AND REQUIRING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. 13)<br><br>**60-DAY DEADLINE** |

In response to the Court's first screening order of August 6, 2021, (Doc. 11), Plaintiff Jonathan Kohut opted to file a first amended complaint. (Doc. 13.) Kohut also requested reconsideration of the screening order by a district judge. In particular, Kohut objected to the severance of Andreana Winter as a plaintiff in this action, arguing that Kohut and Winter worked as a "team." Kohut also requested a sixty-day extension of time to file his first amended complaint.

On November 18, 2021, Kohut filed a notice of mootness and withdrawal of argument. (Doc. 16.) Kohut informs the Court that he "has lost confidence in the team dynamic," and he refers to Winter as his "former fiancé." Therefore, the issue of severance is moot.

///

Plaintiff is informed that an amended complaint supersedes the original complaint. *Lacey v. Maricopa Cty.*, 693 F.3d 896, 927 (9th Cir. 2012). Thus, the amended complaint must be "complete in itself without reference to the prior or superseded pleading." E.D. Cal. R. 220. The Court provides Plaintiff with an opportunity to amend his complaint to cure the deficiencies identified in the Court's first screening order. However, Plaintiff may not change the nature of this suit by adding unrelated claims in an amended complaint. Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time, (Doc. 13), is **GRANTED**;
2. Plaintiff is **SHALL** file a first amended complaint **within 60 days** from the date of service of this order; and
3. The Clerk's Office is directed to send Plaintiff a civil rights complaint form.

**If Plaintiff fails to comply with this order, the Court will recommend that this action proceed only on the claims found cognizable in the first screening order and that all other claims and defendants be dismissed with prejudice.**

IT IS SO ORDERED.

Dated: __**December 4, 2021**__          _____ /s/ Jennifer L. Thurston
                                           CHIEF UNITED STATES MAGISTRATE JUDGE