UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KOHUT,<br><br>    Plaintiff,<br><br>    v.<br><br>K. ALLISON, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-01584-JLT-CDB (PC)<br><br>**ORDER TO SHOW CAUSE DIRECTED TO SHARAYAH SD VAN INGEN FOR THE FAILURE TO FILE A RESPONSIVE PLEADING**<br><br>RESPONSE DEADLINE: <u>Sept. 26, 2025</u><br><br><u>Clerk of the Court to Effect Service by U.S. Mail</u> |

Plaintiff Jonathan Kohut is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.    INTRODUCTION**

This action proceeds on the following claims: (a) First Amendment violations against Defendants Anaya, Frauenheim, Godwin, Van Ingen, Doe #1, and Doe #2 concerning Plaintiff's right to send and receive mail; (b) First Amendment retaliation claims against Defendants Anaya, Van Ingen, and Does #1 and #2; (c) First Amendment claims concerning mail policy against Defendants Macomber, Frauenheim, Godwin, and Lemon, in their official capacities; (d) violation of Article I, Section 2, of the California Constitution against Defendant Macomber, in his official capacity; (e) Fourteenth Amendment due process violations against Defendants Anaya, Van Ingen, and Doe #2; (f) Bane Act claims against Defendants Anaya, Van Ingen, Doe

1  #1 and Doe #2; and (g) negligence claims against Defendants Anaya, Van Ingen, Doe #1 and Doe

2  #2. (*See* Doc. 47.) Accordingly, service commenced as to Defendants Anaya, Frauenheim,

3  Godwin, Lemon, Macomber, and Van Ingen on June 12, 2025. (Doc. 49.)

4  Notably, on July 18, 2025, the California Department of Corrections and Rehabilitation

5  (CDCR) indicated that it could not waive service on behalf of Defendant Sharayah Sd Van Ingen

6  because Van Ingen separated from service on June 23, 2022, and CDCR did not have contact

7  information available. (Doc. 52 [sealed].)

8  On July 28, 2025, the United States Marshal (USM) filed its USM-285 form indicating

9  Defendant Van Ingen's roommate was served with the summons and complaint at a residential

10 address in Coalinga, California. (Doc. 53.) Service was effected on July 25, 2025, making a

11 responsive pleading due by August 15, 2025. (*Id.*)

12 Despite being served with process, Defendant Van Ingen has failed to timely appear in

13 this action.

14 **II.    DISCUSSION**

15 Defendant Van Ingen has failed to file a responsive pleading in this action. Because

16 Defendant Van Ingen has not waived service of process, and the United States Marshal appears to

17 have served a person of suitable age and discretion at a residence associated with Defendant Van

18 Ingen on July 25, 2025 (*see* Fed. R. Civ. P. 4(e)(2)(B)), the Court will direct Defendant Van

19 Ingen to appear in this action to avoid the potential of a default judgment being entered against

20 Van Ingen.

21 **III.   CONCLUSION AND ORDER**

22 Accordingly, the Court **HEREBY ORDERS** as follows:

23 1. Defendant Van Ingen **SHALL** show cause in writing, **no later than September 26,**

24 **2025**, why sanctions should not be imposed for his/her failure to file a responsive

25 pleading following service of process. Alternatively, Defendant Van Ingen may file a

26 responsive pleading within that same period; and

27 //

28 //

2. The Clerk of the Court is **DIRECTED** to serve Defendant Van Ingen with a copy of this Order by mail at the address indicated on the USM-285 form filed with the Court on July 28, 2025 (Doc. 53).

IT IS SO ORDERED.

Dated: **September 4, 2025**          _____
                                       UNITED STATES MAGISTRATE JUDGE