IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN KOHUT,**<br><br>Plaintiff,<br><br>v.<br><br>**K. ALLISON, et al.,**<br><br>Defendants. | Case No. 1:20-cv-01584-JLT-CDB<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO VACATE RESPONSIVE PLEADING DEADLINE**<br><br>(Doc. 78) |

Good cause appearing, Defendants' ex parte application to modify the responsive pleading deadline (Doc. 78) is GRANTED.

Accordingly, it is HEREBY ORDERED that the responsive pleading deadline for Defendants Ruggles, Wisley, Capello, and Hicks is vacated, and the Court will reset the deadline upon conclusion of the pending settlement conference, as necessary.

IT IS SO ORDERED.

Dated:   **March 11, 2026**

_____
UNITED STATES MAGISTRATE JUDGE