# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KOHUT,<br><br>            Plaintiff,<br><br>      v.<br><br>K. ALLISON, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-01584-JLT-CDB (PC)<br><br>**ORDER LIFTING EARLY ADR STAY**<br><br>**ORDER SETTING RESPONSIVE PLEADING DEADLINE** |

Plaintiff Jonathan Kohut is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

On April 9, 2026, following settlement conference proceedings, the parties were unable to reach an agreement. (*See* Docket Entry 81 [Minutes].) Therefore, the Court will lift the early ADR stay.

As indicated in this Court's Order granting Defendants' request to vacate the responsive pleading deadline pending the outcome of early ADR proceedings, issued March 11, 2026, the Court will reset the deadline for the filing of a responsive pleading.

**CONCLUSION AND ORDER**

Accordingly, the Court **HEREBY ORDERS**:

1.  The stay of these proceedings is **LIFTED**; and

///

2.  Defendants Capello, Hicks, Ruggles, and Wisley **SHALL** file a responsive pleading **within 21 days** of the date of this order.

IT IS SO ORDERED.

Dated:   **April 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE