IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN KOHUT,**<br><br>Plaintiff,<br><br>v.<br><br>**K. ALLISON, et al.,**<br><br>Defendants. | Case No. 1:20-cv-01584-JLT-CDB (PC)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME RE RESPONSIVE PLEADING**<br><br>(Doc. 83) |

The ex parte application of Defendants Ruggles, Wisley, Capello, and Hicks to extend their responsive pleading deadline by 21 days (Doc. 83) is GRANTED for good cause shown therein.

Accordingly, Defendants Ruggles, Wisley, Capello, and Hicks' shall file their responsive pleading **no later than May 22, 2026**.

IT IS SO ORDERED.

Dated:   **April 30, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE

Order (1:20-cv-01584-JLT-CDB)