UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JONATHAN KOHUT,

        Plaintiff,

    v.

K. ALLISON, et al.,

        Defendants.

Case No.: 1:20-cv-01584-JLT-CDB (PC)

**ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS**

21-Day Response Deadline

Plaintiff Jonathan Kohut is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

## I.    INTRODUCTION

On May 22, 2026, Defendants filed a motion to dismiss and motion for judgment on the pleadings concerning Plaintiff's third amended complaint. (*See* Doc. 85.) Despite the passage of more than 21 days, Plaintiff has failed to file an opposition or statement of non-opposition to Defendants' pending motions.

## II.    DISCUSSION

This Court's Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide that a "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions authorized by statute or

Rule or within the inherent power of the Court." *See* Local Rule 110. Further, Local Rule 230 states:

> Opposition, if any, to the granting of a motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.

Local Rule 230(*l*). Therefore, Plaintiff's opposition or statement of non-opposition to Defendants' pending motions to dismiss and for judgment on the pleadings was due on or before June 12, 2026, plus time for mailing. Plaintiff has failed to timely file an opposition or statement of non-opposition, and the time to do so has now passed.

### III.    CONCLUSION AND ORDER

Accordingly, the Court **ORDERS** Plaintiff to show cause in writing, **within 21 days** of the date of service of this order, why sanctions should not be imposed for his failure to comply with the Local Rules. Alternatively, within that same time, Plaintiff may file an opposition or statement of non-opposition to Defendants' motions to dismiss and for judgment on the pleadings May 22, 2026.

**Any failure by Plaintiff to timely comply with this order may result in a recommendation that this action be dismissed for a failure to obey court orders and a failure to prosecute.  Alternatively, Defendants' motions to dismiss and for judgment on the pleadings may be deemed unopposed and submitted for decision**.

IT IS SO ORDERED.

Dated:    **June 22, 2026**                    _____
                                                             UNITED STATES MAGISTRATE JUDGE

2