UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KOHUT,<br><br>       Plaintiff,<br><br>   v.<br><br>K. ALLISON, et al.,<br><br>       Defendants. | Case No.: 1:20-cv-01584-JLT-CDB (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 86) |

Plaintiff Jonathan Kohut is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

On June 22, 2026, the Court issued its Order to Show Cause (OSC) In Writing Why Sanctions Should Not Be Imposed For Plaintiff's Failure To File An Opposition Or Statement Of Non-Opposition To Defendants' Motion To Dismiss. (Doc. 86.) Later that same date, Plaintiff's opposition to Defendants' motion was filed on the docket. (*See* Doc. 87.)

Accordingly, the Court **HEREBY ORDERS** that the OSC issued June 22, 2026 (Doc. 86) is **DISCHARGED**. No further filings by Plaintiff relating to the motion to dismiss are necessary. IT IS SO ORDERED.

Dated:   **June 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE